JS-6
-O-

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| KEVIN EDDIS MOORE,<br><br>Petitioner,<br><br>v.<br><br>GIGI MATTESON,<br><br>Respondent. | No. CV 20-04516-JGB (DFM)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition,

IT IS HEREBY ADJUDGED that that this action is dismissed.

Date: October 28, 2020

JESUS G. BERNAL
United States District Judge